# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>TAKEDA PHARMACEUTICALS USA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL INC.; TAKEDA DEVELOPMENT CENTER AMERICAS, INC.; TAKEDA GMBH; TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>  Defendants. | 1:16-cv-1566-LJO-EPG<br><br>ORDER GRANTING MOTION FOR A STAY PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RESOLUTION OF THE MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 |

  The Motion For A Stay Pending The Judicial Panel On Multidistrict Litigation's Resolution Of The Motion To Transfer Pursuant To 28 U.S.C. § 1407 submitted by Plaintiff Sharron Thomas ("Plaintiff") on June 28, 2017, the Court, having received all evidence and the matter having been submitted, ORDERS as follows:

**IT IS HEREBY ORDERED** that:

  1. All proceedings in this action are stayed pending the decision of the Judicial Panel on Multidistrict Litigation ("JPML") On the Motion for Transfer filed on June 2, 2017 to transfer this action and one hundred sixty-five others to a multidistrict litigation, which be established in the United States District Court Of New Jersey. See Ex. 1, Memorandum in Support of Plaintiffs' Motion for

Transfer of Actions to the United States District Court for the District of New Jersey Pursuant to 28 U.S.C. § 1407 and JPML Rule 7.2 for Coordinated Pretrial Proceedings; and Ex. 2, In re: Proton-Pump Inhibitor Product Liability Litigation (MDL No. 2789), Schedule of Actions.

2. The Scheduling Conference set for July 24, 2017, along with corresponding deadlines for the parties to meet and confer and submit a Joint Scheduling Report in advance of the Scheduling Conference, is adjourned, including a stay of all corresponding deadlines for the parties to hold a discovery conference and submit a Joint Scheduling Report, until after the JPML decides the motion requesting an MDL.

IT IS SO ORDERED.

Dated:   **July 25, 2017**               /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE